Kawabata v. Okahara, 20 Haw. 261.

## H. KAWABATA *v.* S. OKAHARA.

APPEAL FROM DISTRICT MAGISTRATE OF SOUTH KOHALA.

ARGUED OCTOBER 26, 1910.      DECIDED OCTOBER 26, 1910.

HARTWELL, C.J., PERRY AND DE BOLT, JJ.

ASSUMPSIT, ACTION OF—*non-service of attachment.*

    Assumpsit may be maintained even though a writ of attachment prayed for and issued has not been served.

ID.—*bill of particulars—time for filing.*

    A plaintiff should be allowed a reasonable time within which to comply with an order to file a bill of particulars.

### OPINION OF THE COURT BY PERRY, J.

This is an action of assumpsit for $138.25 upon an account stated. Due service was made of the summons, which was in the ordinary form. On the day of the issuance of the summons plaintiff filed a motion for attachment against the property of the defendant accompanying it with an affidavit and a bond. The writ of attachment was issued on the same day but was not served. On the return day the defendant moved to dismiss the action on the ground of lack of service of the writ of attachment and of plaintiff's failure to file a bill of particulars with his declaration. The magistarte "dismissed the case."

The fact of non-service of the writ of attachment did not preclude the plaintiff from maintaining his action as in an ordinary case in which no attachment is asked, and if the magistrate was of the opinion that a bill of particulars should be required the proper course was to permit the plaintiff a reasonable time within which to file it. Under the circumstances the action should not have been dismissed.

The appeal is sustained and the cause remanded to the district magistrate for further proceedings not inconsistent with this opinion.

*M. T. Furtado* for plaintiff.

*W. C. Achi* for defendant.